# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUIHUAN CAO,<br><br>           Petitioner,<br>vs.<br><br>MICHAEL CHERTOFF, et al.,<br><br>           Respondents. | CASE NO. 08cv0511 DMS (BLM)<br><br>**ORDER REQUIRING RESPONSE FROM GOVERNMENT AND GRANTING PETITIONER'S REQUEST FOR APPOINTMENT OF COUNSEL** |

    On March 19, 2008, Petitioner Suihuan Cao, a detainee in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, and a motion for appointment of counsel.

    Pursuant to 28 U.S.C. 3006A(a)(2), the district court may appoint counsel for financially eligible petitioners seeking relief under 28 U.S.C. § 2241 when the interests of justice so require. The court considers whether there is a likelihood of success on the merits of the petition and whether the unrepresented petitioner has the ability to articulate his claims in light of the complexity of the issues presented. *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

    The Supreme Court has held that a post-removal detention exceeding six months is presumptively unreasonable. *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). Petitioner's claim that he has been detained for nine months following a removability determination, if true, triggers the

1  *Zadvydas* presumption, which indicates a strong likelihood of success on the merits of a complex
2  petition. *See United States v. Ahumada-Aguilar*, 295 F.3d 943, 950 (9th Cir. 2002) ("[w]ith only a
3  small degree of hyperbole, the immigration laws have been deemed second only to the Internal revenue
4  Code in complexity.") Accordingly, the Court grants Petitioner's motion to appoint counsel and
5  appoints Federal Defenders, Inc. as Petitioner's counsel in this case.

6  The United States Attorney shall file and serve a response to the petition no later than April
7  21, 2008. The Government's response shall include all documents relevant to the issues raised in the
8  petition. Should Petitioner wish to reply to the Government's response, he shall do so no later than
9  May 19, 2008.

10 **IT IS SO ORDERED.**

12 DATED: March 21, 2008

14 HON. DANA M. SABRAW
United States District Judge