1  **JANET C. TUNG**
   California State Bar No. 231682
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5030
   Telephone No. (619) 234-8467
4  Email: janet_tung@fd.org

5  Attorneys for Petitioner

6
7
8                          UNITED STATES DISTRICT COURT
9                         SOUTHERN DISTRICT OF CALIFORNIA
10                          **(HONORABLE DANA M. SABRAW)**

11 | **SUIHUAN CAO,**               )   CASE NO. 08CV0511-DMS(BLM)
                                    )
12 |     **Petitioner,**            )
                                    )
13 | **v.**                         )
                                    )   **NOTICE OF APPEARANCE**
14 | **MICHAEL CHERTOFF, et al.,**  )
                                    )
15 |     Respondents.               )
                                    )
16

17        Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, Janet C. Tung, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead
19 attorney in the above-captioned case.

20                                              Respectfully submitted,
21
   Dated:  April 1, 2008                        */s/ JANET C. TUNG*
22                                              Federal Defenders of San Diego, Inc.
                                                Attorneys for Defendant
23                                              Janet_Tung@fd.org
24
25
26
27
28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: April 1, 2008         */s/ JANET C. TUNG*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Janet_Tung@fd.org (email)