| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | RAVEN M. NORRIS |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 232868 |
| | CAROLINE J. CLARK |
| 4 | Assistant U.S. Attorney |
| | California State Bar No. 220000 |
| 5 | United States Attorney's Office |
| | 880 Front Street, Room 6293 |
| 6 | San Diego, California 92101-8893 |
| | Telephone: (619) 557-7157/7491 |
| 7 | Facsimile: (619) 557-5004 |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUIHUAN CAO, | ) | Civil Case No. 08cv0511-DMS (BLM) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | |
| MICHAEL CHERTOFF, Secretary of the | ) | |
| Department of Homeland Security; MICHAEL | ) | |
| MUKASEY, Attorney General; ROBIN F. | ) | |
| BAKER, Director of San Diego Field Office; | ) | |
| U.S. Immigration and Customs Enforcement; | ) | |
| JOHN A. GARZON, Officer-in-Charge, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance for CM/ECF purposes, as co-counsel in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorney (who is admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) is also associated with this case, should be listed as

//

//

//

co- counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

Raven M. Norris

Please call me if you have any questions about this notice.

DATED: April 2, 2008

                        Respectfully submitted,

                        KAREN P. HEWITT
                        United States Attorney

                        RAVEN M. NORRIS
                        Assistant United States Attorney

                        s/ Caroline J. Clark
                        _____
                        CAROLINE J. CLARK
                        Assistant United States Attorney