1   KAREN P. HEWITT
    United States Attorney
2   CAROLINE J. CLARK
    Assistant U.S. Attorney
3   California State Bar No. 220000
    Office of the U.S. Attorney
4   880 Front Street, Room 6293
    San Diego, California 92101-8893
5   Telephone: (619) 557-7491
    Facsimile: (619) 557-5004
6   E-mail: caroline.clark@usdoj.gov

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10  SUIHUAN CAO,                      )        Civil Case No. 08cv0511-DMS (BLM)
                                      )
11              Petitioner,           )
                                      )
12         v.                         )
                                      )
13  MICHAEL CHERTOFF, Secretary of the)        CERTIFICATE OF SERVICE
    Department of Homeland Security;)
14  MICHAEL MUKASEY, Attorney General;)
    ROBIN F. BAKER, Director of San Diego)
15  Field Office;  U.S. Immigration and)
    Customs Enforcement; JOHN A.)
16  GARZON, Officer-in-Charge,        )
                                      )
17              Respondents.          )
    _____ )

18

    IT IS HEREBY CERTIFIED THAT:
19
         I, the undersigned, am a citizen of the United States and am at least eighteen years of age.
20  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

21       I am not a party to the above-entitled action.  I have caused service of: **RESPONDENTS'
    NOTICE OF APPEARANCE** on the following party by electronically filing the foregoing with the
22  Clerk of the District Court using its ECF System, which electronically provides notice.

23       Janet C. Tung, Esq.
         Attorney for Petitioner
24       E-Mail: janet_tung@fd.org
         I declare under penalty of perjury that the foregoing is true and correct.
25
         Executed on April 2, 2008.
26
                              s/ Caroline J. Clark
27                            _____
                              Caroline J. Clark
28