1  KAREN P. HEWITT
   United States Attorney
2  RAVEN M. NORRIS
   Assistant U.S. Attorney
3  California State Bar No. 232868
   CAROLINE J. CLARK
4  Assistant U.S. Attorney
   California State Bar. No. 220000
5  U.S. Attorney's Office
   880 Front Street, Room 6293
6  San Diego, California 92101-8893
   Telephone: (619) 557-7157/7491
7  Facismile: (619)557-5004

8  Attorneys for the Respondents

9

10                     UNITED STATES DISTRICT COURT

11                    SOUTHERN DISTRICT OF CALIFORNIA

12  SUIHUAN CAO,                    )   Civil No. 08CV0511-DMS (BLM)
                                    )
13              Petitioner,          )   JOINT MOTION FOR RE-SETTING OF
                                    )   BRIEFING SCHEDULE
14       v.                          )
                                    )   [Fed. R. Civ. P. 6(b)(1)]
15  MICHAEL CHERTOFF, et al.,        )
                                    )
16              Respondents.        )
                                    )
17  _____)

18       COME NOW THE PARTIES, Petitioner SUIHUAN CAO by and through counsel, Janet Tung,

19  and Respondents MICHAEL CHERTOFF, et al., by and through their counsel, Karen P. Hewitt, United

20  States Attorney, and Raven M. Norris, Assistant United States Attorney, and hereby jointly move the

21  Court to extend the time for filing of Respondents' responsive pleading. In order to address Petitioner's

22  claims and without waiving Respondents' rights to defend the causes of actions and allegations,

23  including the right to file any FED. R. CIV. P. 12 motions to dismiss, the parties jointly request this

24  extension of time. Based upon the foregoing, it is respectfully requested that the Court enter an order,

25  under FED. R. CIV. P. 6(b)(1), re-setting the deadline for filing the Return be re-set to **April 28, 2008**.

26  Counsel has agreed that the traverse will remain due on **May 19, 2008**.

27  ///

28  ///

| | | |
|---|---|---|
| 1 | Dated: April 18, 2008 | Respectfully submitted, |
| 2 | | KAREN P. HEWITT<br>United States Attorney |
| 3 | | |
| 4 | | s/ Raven M. Norris<br>RAVEN M. NORRIS<br>Assistant U.S. Attorney |
| 5 | | Attorneys for Respondents |
| 6 | | |
| 7 | Dated: April 18, 2008 | s/ Janet Tung<br>JANET TUNG<br>Attorney for Petitioner |
| 8 | | E-Mail: janet_tung@fd.org |

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Petitioner and that I have obtained authorization from Janet Tung to affix her electronic signature to this document.

| | | |
|---|---|---|
| | DATED: April 18, 2008 | KAREN P. HEWITT<br>United States Attorney |
| | | |
| | | s/ Raven M. Norris<br>RAVEN M. NORRIS<br>Assistant United States Attorney<br>Attorneys for Respondents<br>Email: Raven.Norris@usdoj.gov |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUIHUAN CAO, | ) | Case No. 08cv0511 DMS (BLM) |
| | ) | |
| Petitioner, | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al., | ) ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Raven M. Norris, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Government's Opposition on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Janet Tung, Esq.**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 18, 2008

                                                   s/ Raven M. Norris
                                                   RAVEN M. NORRIS