UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUIHUAN CAO,<br><br>        Petitioner,<br><br>   v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>        Respondents. | Case No. 08cv0511 DMS (BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR RE-SETTING OF BRIEFING SCHEDULE** |

Having considered the parties JOINT MOTION FOR RE-SETTING OF BRIEFING SCHEDULE in this 28 U.S.C. §2241 habeas action. For good cause shown. **IT IS HEREBY ORDERED** the Joint Motion is **GRANTED**. **IT IS FURTHER ORDERED** that on or before **April 28, 2008**, the Government shall serve and file a return and on or before **May 19, 200**8, Petitioner may serve and file a Traverse. Upon receipt of the Traverse, or upon expiration of the deadline to file a Traverse, the matter will be taken under submission for decision on the papers, absent further order of the court.

**It is so ordered.**

DATED: April 22, 2008

_____
HON. DANA M. SABRAW
United States District Judge