KAREN P. HEWITT
United States Attorney
RAVEN M. NORRIS
Assistant U.S. Attorney
California State Bar No. 232868
CAROLINE J. CLARK
Assistant U.S. Attorney
California State Bar No. 220000
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7157/7491
Facsimile: (619) 557-5004

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUI HUAN CAO, ) | Civil Case No. 08cv0511-DMS (BLM) |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, Secretary of the) | CERTIFICATE OF SERVICE |
| Department of Homeland Security;) | |
| MICHAEL MUKASEY, Attorney General;) | |
| ROBIN F. BAKER, Director of San Diego) | |
| Field Office; U.S. Immigration and) | |
| Customs Enforcement; JOHN A.) | |
| GARZON, Officer-in-Charge, ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action.  I have caused service of: **GOVERNMENT'S RETURN IN OPPOSITION TO PETITION FOR WRIT OF HABEAS CORPUS (with attached exhibits)** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

Janet C. Tung, Esq.
Attorney for Petitioner
E-Mail: janet_tung@fd.org
I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2008.

        s/ Caroline J. Clark
        _____
        Caroline J. Clark