1  KAREN P. HEWITT
   United States Attorney
2  RAVEN M. NORRIS
   Assistant U.S. Attorney
3  California State Bar No. 232868
   CAROLINE J. CLARK
4  Assistant U.S. Attorney
   California State Bar No. 220000
5  Office of the U.S. Attorney
   880 Front Street, Room 6293
6  San Diego, California 92101-8893
   Telephone: (619) 557-7491
7  Facsimile: (619) 557-5004
   E-mail: caroline.clark@usdoj.gov
8

9                       UNITED STATES DISTRICT COURT

10                     SOUTHERN DISTRICT OF CALIFORNIA

11 SUI HUAN CAO,                        )   Civil Case No. 08cv0511-DMS (BLM)
                                        )
12                 Petitioner,          )
                                        )
13           v.                         )
                                        )
14 MICHAEL CHERTOFF, Secretary of the)      JOINT MOTION TO DISMISS WITHOUT
   Department of Homeland Security;)       PREJUDICE
15 MICHAEL MUKASEY, Attorney General;)
   ROBIN F. BAKER, Director of San Diego)
16 Field Office;  U.S. Immigration and)
   Customs Enforcement; JOHN A.)
17 GARZON, Officer-in-Charge,           )
                                        )
18                 Respondents.         )
   _____)
19

20

21        COME NOW THE PARTIES, Petitioner Sui Huan Cao, by and through counsel, Janet C. Tung,

22 and Defendants Michael Chertoff, et al., by and through their counsel, Karen P. Hewitt, United States

23 Attorney, Raven M. Norris and Caroline J. Clark, Assistant United States Attorneys, and hereby jointly

24 move the Court to dismiss this Petition for Writ of Habeas Corpus without prejudice.

25        The parties have resolved the matters as Petitioner has been released from custody under an

26 order of supervision. The Petition is now moot. The parties agreed that the above-captioned case would

27 be dismissed without prejudice. The parties further agreed that each party will bear its own fees and

28 costs of suit.

1  Therefore, the parties respectfully request that the Court enter an order dismissing the Petition
2  without prejudice.

4  DATED: June 2, 2008                    s/ Janet C. Tung

5                                         JANET C. TUNG
                                           Attorney for Petitioner
6                                          E-Mail: janet_tung@fd.org

8  Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures
9  of the United States District Court for the Southern District of California, I certify that the content of
10 this document is acceptable to counsel for the Petitioner and that I have obtained authorization from
11 Janet C. Tung to affix her electronic signature to this document.

13 DATED: June 2, 2008                    KAREN P. HEWITT
                                           United States Attorney
14
                                           RAVEN M. NORRIS
15                                         Assistant United States Attorney

16                                         s/ Caroline J. Clark

17                                         CAROLINE J. CLARK
                                           Assistant United States Attorney
18                                         Attorneys for Respondents
                                           E-Mail: caroline.clark@usdoj.gov