1  KAREN P. HEWITT
   United States Attorney
2  RAVEN M. NORRIS
   Assistant U.S. Attorney
3  California State Bar No. 232868
   CAROLINE J. CLARK
4  Assistant U.S. Attorney
   California State Bar No. 220000
5  United States Attorney's Office
   880 Front Street, Room 6293
6  San Diego, California 92101-8893
   Telephone: (619) 557-7157/7491
7  Facsimile: (619) 557-5004

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10  SUI HUAN CAO,                    )        Civil Case No. 08cv0511-DMS (BLM)
                                     )
11              Petitioner,          )
                                     )
12         v.                        )
                                     )
13  MICHAEL CHERTOFF, Secretary of the)       CERTIFICATE OF SERVICE
    Department of Homeland Security;)
14  MICHAEL MUKASEY, Attorney General;)
    ROBIN F. BAKER, Director of San Diego)
15  Field Office;  U.S. Immigration and)
    Customs Enforcement;  JOHN A.)
16  GARZON, Officer-in-Charge,       )
                                     )
17              Respondents.         )
    _____ )
18

19  IT IS HEREBY CERTIFIED THAT:

20       I, the undersigned, am a citizen of the United States and am at least eighteen years of age.  My
    business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
21
         I am not a party to the above-entitled action.  I have caused service of: **JOINT MOTION TO
22  DISMISS WITHOUT PREJUDICE** on the following party by electronically filing the foregoing with
    the Clerk of the District Court using its ECF System, which electronically provides notice.
23
         Janet C. Tung, Esq.
24       Attorney for Petitioner
         E-Mail: janet_tung@fd.org
25       I declare under penalty of perjury that the foregoing is true and correct.

26       Executed on June 2, 2008.

27                                      s/ Caroline J. Clark
                                       _____
28                                     Caroline J. Clark