UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUI HUAN CAO, | ) | Civil Case No. 08cv0511-DMS (BLM) |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; MICHAEL MUKASEY, Attorney General; ROBIN F. BAKER, Director of San Diego Field Office;   U.S. Immigration and Customs   Enforcement;   JOHN   A. GARZON, Officer-in-Charge, | ) ) ) ) ) ) ) | [Docket No. 10] |
| Respondents. | ) ) | |

Having considered the parties' Joint Motion to Dismiss Without Prejudice (Docket No.10), finding that the parties stipulate to dismissal, and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS that the petition is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED: June 4, 2008

_____
HON. DANA M. SABRAW
United States District Judge